# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT M. GARCIA** | Case No: **2:17-cv-02322-MRW** |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |
| **v.** | |
| **FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,** | |
| Defendant, | |

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: <u>December 30</u>, 2019          _____
                                         Honorable Judge Michael R. Wilner